IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-65-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| COURTNEY CORTEZ FOYE, ) | |
| ) | |
| Defendant.   ) | |

The court notifies the parties that it is considering an upward departure because reliable information indicates that defendant's criminal history category substantially underrepresents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes. See Fed. R. Crim. P. 32(h); U.S.S.G. § 4A1.3(a).

SO ORDERED. This 13 day of August 2015.

JAMES C. DEVER III
Chief United States District Judge