IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-65-D

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| COURTNEY CORTEZ FOYE, | ) |  |
| Defendant. | ) |  |

On January 21, 2021, Courtney Cortez Foye ("Foye" or "defendant"), appearing pro se, filed a motion for a copy of the docket, plea, and judgment in his case [D.E. 91]. Counsel represented defendant on his appeal. Defendant may consult with his counsel about the documents that his counsel received concerning his case. To the extent his letter could be construed as a motion to obtain the document without charge, the motion is DENIED.

SO ORDERED. This 16 day of February 2021.

JAMES C. DEVER III
United States District Judge