IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-65-D
No. 4:20-CR-108-D

| | | |
|---|---|---|
| COURTNEY CORTEZ FOYE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On June 6, 2020, petitioner moved for a sentence reduction under 28 U.S.C. § 2255 [D.E. 83]. On September 17, 2020, the court stayed the matter [D.E. 89]. On July 21, 2021, the court entered a briefing order [D.E. 96]. On October 13, 2021, the government moved to dismiss [D.E. 97] and filed a memorandum in support [D.E. 98]. On November 2, 2021, petitioner withdrew his section 2255 motion [D.E. 99]. In light of petitioner's withdrawal of his motion for a sentence reduction, the government's motion to dismiss [D.E. 97] is DISMISSED AS MOOT.

SO ORDERED. This 15 day of November, 2021.

JAMES C. DEVER III
United States District Judge